**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN ORVILLE STUDY,
    Plaintiff,

vs.                                          Case No. 3:08cv493/MCR/EMT

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
    Defendants.
                                     /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 19, 2009.  (Doc. 30).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion for Default Judgment or Other Sanctions (doc. 29) is **DENIED**.

**DONE AND ORDERED** this 17th day of April, 2009.

                                              *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE**