**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN ORVILLE STUDY,

     Plaintiff,

vs.                          Case No. 3:08cv493/MCR/EMT

UNITED STATES OF AMERICA, et al.,

     Defendants.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 4, 2010 (Doc. 75).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Plaintiff's federal claims are **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

     3.     Plaintiff's state law claims are **DISMISSED** without prejudice to Plaintiff's right to assert them in state court.

     4.     This action is **DISMISSED**.

     5.     All pending motions are **DENIED** as moot.

6.      The clerk is directed to enter judgment accordingly and close the file.


**DONE AND ORDERED** this 25th day of March, 2010.




s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No: 3:08cv493/MCR/EMT